No. 82–507. EVRA CORP., FORMERLY HYMAN-MICHAELS CO. *v.* SWISS BANK CORP. C. A. 7th Cir. Certiorari denied.

No. 82–509. BANKSTON *v.* TEXAS. Ct. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 82–511. DRAGAN ET AL. *v.* MILLER ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–513. REICHEL *v.* SHASTA COUNTY, CALIFORNIA, SUPERIOR COURT JUDGES ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–518. ACKERMAN, SUPERINTENDENT, FORT WAYNE STATE HOSPITAL AND TRAINING CENTER *v.* DELESSTINE. C. A. 7th Cir. Certiorari denied.

No. 82–529. MURILLO *v.* BAMBRICK, CLERK OF THE SUPERIOR COURT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 82–531. MORGAN WALTON PROPERTIES, INC., ET AL. *v.* INTERNATIONAL CITY BANK & TRUST CO. ET AL.; and MORGAN ET UX. *v.* INTERNATIONAL CITY BANK & TRUST CO. ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 675 F. 2d 666 (first case); 675 F. 2d 669 (second case).

No. 82–534. MORRELL *v.* DUKE UNIVERSITY, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–548. DUSANEK *v.* O'DONNELL ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–609. SEDCO INTERNATIONAL, S.A., ET AL. *v.* CORY ET AL., EXECUTORS OF THE ESTATE OF CARVER. C. A. 8th Cir. Certiorari denied.